### 4134.   GREENE *v.* THE STATE.

RUSSELL, J.   1. The recitals of fact in the grounds of the amended motion for a new trial not being approved as true by the trial judge, nothing is presented for the consideration of this court by the special assignments of error.

2. Requests to charge must be presented in writing.

3. The verdict was authorized by the evidence.

                                              *Judgment affirmed.*

                 DECIDED JUNE 5, 1912.

Accusation of sale of liquor; from city court of Tifton—Judge R. Eve.   March 7, 1912.

*J. B. Murrow, J. S. Ridgdill,* for plaintiff in error.
*James H. Price, solicitor,* contra.

---

### 4140.   WHITTLE *v.* CENTRAL OF GEORGIA RAILWAY CO.

POTTLE, J.   1. It is not error requiring a new trial to fail to charge upon the subject of the burden of proof, when there is no written request for such an instruction. *Brooks* v. *Griffin,* 10 *Ga. App.* 498 (5).

2. The charges complained of were not erroneous, and the evidence fully warranted the verdict.                    *Judgment affirmed.*

                 DECIDED JUNE 5, 1912.

Action for damages; from city court of Macon—Judge Hodges. March 9, 1912.

*Guerry, Hall & Roberts,* for plaintiff.   *Ellis & Jordan,* contra.